ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
L-3 Communications Integrated ) ASBCA Nos. 60479, 60480
Systems, L.P. ) 60481, 60482
)
Under Contract No. F09604-03-D-0024 *et al.*)

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
Erin N. Rankin, Esq.
Gibson, Dunn & Crutcher LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Cara A. Wulf, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

ORDER OF DISMISSAL

The dispute which is the subject of these appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 30 days of the date of this Order.

Dated: 1 June 2017

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60479, 60480, 60481, 60482, Appeals of L-3 Communications Integrated Systems, L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals